UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA VAZQUEZ, individually and as successor in interest to Jacob Johnston,<br><br>Plaintiffs,<br><br>v.<br><br>BAKERSFIELD POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00089-CDB<br><br>ORDER ON STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 29)<br><br>**7-DAY DEADLINE** |

On January 21, 2025, Plaintiff Mellisa Vazquez, individually and as successor in interest to Jacob Johnston, initiated this action with the filing of a complaint against Defendants Bakersfield Police Department, City of Bakersfield, and Officer Jay Moore.  (Doc. 1).  Plaintiff filed a first amended complaint on May 6, 2025.  (Doc. 10).

Pending before the Court is the parties' stipulated request for leave for Plaintiff to file a second amended complaint.  (Doc. 29).  The parties represent that they have engaged in a "pre-dispositive motion meet and confer effort" and agreed that Plaintiff shall file a second amended complaint dismissing the Bakersfield Police Department and "Doe" Defendants, and dismissing the second cause of action for failure to intervene.  *Id.* at 2.  The parties attach to their filing a copy of Plaintiff's proposed second amended complaint.  *Id.* at 5-20.

///

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), *cert. denied*, 506 U.S. 822 (1992), the parties' request for Plaintiff to have leave to amend the complaint will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within seven (7) days after issuance of this order, Plaintiff SHALL FILE as a stand-alone docket entry the second amended complaint proposed in the parties' stipulation (Doc. 29 at 5-20); and

2. Defendants SHALL respond to the second amended complaint within 14 days of its service. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **June 15, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

2